UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re: HAROLD KUEHN,<br>Attorney at Law, Bar No. 284 | 2:16-ms-02 |

### ORDER OF DISBARMENT

On January 06, 2016, this Court entered an Order to Show Cause Disbarring Harold Kuehn, mailed via certified mail with a Certified Mail Return Receipt date of delivery of 01/13/16. The Order to Show Cause provided Mr. Kuehn with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Kuehn. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 10-7.

Accordingly,

**IT IS HEREBY ORDERED** that Harold Kuehn, Nevada State Bar #284, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this 26 day of February, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 29 day of February, 2016, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Harold Kuehn
>9721 Horizon Hills
>Las Vegas, NV  89117

Certified Mail No.:  7014 2870 0001 8574 1122

/s/
Deputy Clerk
United States District Court,
District of Nevada